IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Doris J | Case Number: 05 B 30539 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/8/08 | Filed: 8/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: April 3, 2008
Confirmed: October 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,890.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,470.66 |
| Priority: | | 0.00 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 519.34 |
| Other Funds: | | 0.00 |
| Totals: | 9,890.00 | 9,890.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,900.00 | 1,900.00 |
| 2. | Bank One | Secured | 0.00 | 0.00 |
| 3. | Bank One | Secured | 0.00 | 0.00 |
| 4. | American Express | Unsecured | 1,100.22 | 1,195.26 |
| 5. | Discover Financial Services | Unsecured | 534.95 | 581.17 |
| 6. | Capital One | Unsecured | 208.66 | 226.67 |
| 7. | Capital One | Unsecured | 86.06 | 93.49 |
| 8. | Bank Of America | Unsecured | 134.98 | 146.59 |
| 9. | Wells Fargo Financial | Unsecured | 85.15 | 92.50 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 489.04 | 531.29 |
| 11. | Wells Fargo Financial | Unsecured | 93.00 | 101.04 |
| 12. | ECast Settlement Corp | Unsecured | 786.69 | 854.66 |
| 13. | American Express | Unsecured | 206.75 | 224.61 |
| 14. | Resurgent Capital Services | Unsecured | 398.03 | 432.41 |
| 15. | ECast Settlement Corp | Unsecured | 249.16 | 270.68 |
| 16. | Resurgent Capital Services | Unsecured | 571.20 | 620.55 |
| 17. | ECast Settlement Corp | Unsecured | 598.21 | 649.94 |
| 18. | ECast Settlement Corp | Unsecured | 1,334.51 | 1,449.80 |
| 19. | Schottler & Zukosky | Priority | | No Claim Filed |
| 20. | Bank One | Unsecured | | No Claim Filed |
| 21. | Citi Cards | Unsecured | | No Claim Filed |
| 22. | Home Depot | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,776.61 | $ 9,370.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Johnson, Doris J | Case Number: 05 B 30539 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/8/08 | Filed: 8/4/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 68.59 |
| 5% | 16.97 |
| 4.8% | 116.86 |
| 5.4% | 316.92 |
| | _____ |
| | $ 519.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

